**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| 4431, INC.,4431 ASSOC., LP, 3354 WALBERT ASSOC., LP, 3354 WALBERT AVENUE ASSOCIATES, LLC, BLUE GRILLE HOUSE AND WINE BAR, 4131 ASSOCIATES, CANDLELIGHT INN, 2960 CENTER VALLEY PARKWAY, LLC, 3739 WEST CHESTER PIKE, LLC, MELT RESTAURANT GROUP, LLC, PAXOS RESTAURANTS, INC., MELT REAL ESTATE GROUP, LP., and TOP CUT STEAKHOUSE,<br>          Plaintiffs,<br><br>           v.<br><br>CINCINNATI INSURANCE COMPANIES, THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI CASUALTY COMPANY, and THE CINCINNATI INDEMNITY COMPANY,<br>          Defendants. | No. 5:20-cv-04396 |

**O R D E R**

**AND NOW,** this 3rd day of December, 2020, upon consideration of Defendants' motion to dismiss the Complaint for failure to state a claim, *see* ECF No. 5, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendants' motion to dismiss, ECF No. 5, is **GRANTED.**

2. Plaintiffs' Complaint, ECF No. 1, is **DISMISSED, with prejudice.**

3. This case is **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge